2012 JUL 12 PM 3:08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOTTLEHOOD, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN CHERRY,<br><br>Defendant. | Case No. 12cv01472 BTM (JMA)<br><br>**ORDER RE PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

Based on the stipulated proposed preliminary injunction submitted jointly by the parties on July 11, 2012 (Doc. 8), the Court hereby ORDERS the following:

1. Defendant shall immediately upon entry of this stipulated preliminary injunction withdraw the Digital Millennium Copyright Act ("DMCA") notices submitted by Defendant on BigCommerce and Etsy on or about June 29, 2012.

2. Defendant shall withdraw any other DMCA notice pertaining to Plaintiff submitted to any and all other online service provider after June 29, 2012.

3. Defendant, and his employees, agents, and all persons in active concert or in participation with Defendant, having notice of this Order, shall refrain from submitting to BigCommerce, Etsy, or any other online service provider any amended, corrected, or additional DMCA notice pertaining to Plaintiff.

4. Defendant, and his employees, agents, and all persons in active concert or participation with Defendant, shall refrain from making to any consumers or

1  vendors, including any online service provider, any claims to ownership of any
2  intellectual property Plaintiff has publicly presented as belonging to Plaintiff,
3  including but not limited to BottleHood's trademarks and photographs of
4  products held out for sale.
5  5. This preliminary injunction shall remain in effect until such time as the Court
6  orders that it be dissolved.

**IT IS SO ORDERED.**

Dated: July 12, 2012
9:00AM

HONORABLE BARRY TED MOSKOWITZ
United States District Judge