# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOTTLEHOOD, INC., a California corporation,<br><br>                                    Plaintiff,<br><br>     v.<br><br>STEVEN CHERRY,<br><br>                                    Defendant. | Case No. 12cv01472 BTM (JMA)<br><br>**ORDER TO SHOW CAUSE** |

Since the Court's order on July 12, 2012 entering the parties' stipulated preliminary injunction, there has been no activity on the docket.  Since the docket has now been inactive for over a year, the parties are hereby **ORDERED** to show cause why the case should not be dismissed.

The parties may file a written response to this OSC on or before September 3, 2013.  The Court sets the OSC for hearing on **September 6, 2013 at 11:00 a.m.** Unless otherwise directed by the Court, there shall be no oral argument, and no personal appearances are necessary.  Failure to respond will result in the dismissal of this action.

**IT IS SO ORDERED.**

DATED:  August 19, 2013

BARRY TED MOSKOWITZ, Chief Judge
United States District Court