John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
Randy Merritt (State Bar No. 187046)
rmerritt@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 784-4600
Fax: (310) 784-4601

Attorneys for Plaintiff
BOTTLEHOOD, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOTTLEHOOD, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN CHERRY, an individual.<br><br>　　　　Defendant. | Case No. CV1472BTM - JMA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)** |

PLEASE TAKE NOTICE THAT pursuant Federal Rule of Civil Procedure 41(a), Plaintiff BOTTLEHOOD, INC. hereby dismisses its Complaint in its entirety, without prejudice.

DATED: August 20, 2013　　　　　LATHROP & GAGE LLP

　　　　　　　　　　　　　　　　By: /s/ John Shaeffer
　　　　　　　　　　　　　　　　　　John Shaeffer
　　　　　　　　　　　　　　　　　　Randy Merritt
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　BOTTLEHOOD, INC.